UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

TESSA DRAKE, as Natural mother of D.P., a minor,

      Plaintiffs,

  v.

ROME CITY SCHOOL DISTRICT BOARD OF EDUCATION, ROME CITY SCHOOL DISTRICT, PETER C. BLAKE, Superintendent of Schools, BRIAN LEBARON, Principal of Rome Free Academy, in their Individual and Official Capacities,

      Defendants.

**ORDER OF COMPROMISE**

18-CV-1092 (ATB)

  Upon the declaration of Tessa Drake, parent and natural guardian of the infant herein, duly sworn to the 26th day of June, 2019; the declaration of D.P., the infant plaintiff, duly sworn to the 26th date of June, 2019; the declaration of Andrew M. Croom, attorney for plaintiff, duly sworn to the 11th day of September, 2019; and due deliberation having been had thereon, and upon consideration of the issues and claims presented, the discussions related to settlement in resolution of this case, and it appearing that the best interests of the infant plaintiff, D.P., would be served by approval of the proposed compromise in settlement, on the motion of plaintiff's attorney, it is hereby:

  ORDERED, as follows:

  1) Plaintiff's motion for approval of settlement is GRANTED;

  2) Pursuant to N.D.N.Y. Local Civil Rule 17.1, Tessa Drake, as the parent and natural guardian, is authorized and empowered, in the interest of her son, D.P., the infant

plaintiff, to resolve the claims she brings on behalf of D.P. against defendants Rome City School District Board of Education, Rome City School District, Peter C. Blake, and Brian LeBaron for consideration provided by the Rome City School District, in full satisfaction of all claims, inclusive of costs, expenses, and attorney's fees;

       3)     This court shall retain jurisdiction over this action for the purpose of enforcing this infant compromise order and the terms of the underlying settlement;

       4)     The clerk of the court is respectfully directed to close this case, and to serve a copy of this order upon the parties in accordance with this court's local rules.

Dated:   September 17    , 2019
       Syracuse, New York

                                            Andrew T. Baxter
                                            U.S. Magistrate Judge